for in order. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Andean Trading Company v. W. I. Tulin Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

James C. McGuire & Company v. H. G. Vogel Company.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Charles F. Bishop v. William B. Lewis, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Edgar A. Reincke v. The Texas Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

George B. Hurd, etc., v. Green Lawn Cemetery Association and Others. — Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Carmelo Bruno v. George W. Linch, as Receiver, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

William Ziener v. George W. Linch.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Marie Bruno v. George W. Linch.— Motion denied, with ten dollars costs, Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of The Northern Bank of New York. (In the Matter of the City of New York.) — Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

William A. Beaudry, etc., v. John W. McKinnon and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Robert C. Morris, as Trustee, etc., v. Windsor Trust Company.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Russell Foland, Suing, etc., v. George J. Gould and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Arthur Guy, as Administrator, etc., v. Joseph A. Reid, Impleaded.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Marie C. Lowe v. Daniel J. Leary, Impleaded.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of Morgan J. O'Brien and Others.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of Interborough Rapid Transit Company (Webster